

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Christina Williams, being duly sworn, states the following:

### INTRODUCTION

1. Your affiant is a Special Agent ("SA") with the United States Air Force ("USAF") Office of Special Investigations ("AFOSI") currently assigned as the Operation Superintendent to AFOSI Detachment 812, at Barksdale Air Force Base ("BAFB") and have been so employed since June 2014. Your affiant completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") and Basic Special Investigators Course at the United States Air Force Special Investigator Academy in Glynco, Georgia. Through training and experience, you affiant is knowledgeable about violations of federal law, both under the United States Code and the Uniformed Code of Military Justice.

2. Your affiant has participated in numerous investigations of individuals involved in violations of federal law, including, but not limited to, fraud, theft, violent crimes, child exploitation, and other sex crimes. During such investigations, your affiant conducted both physical and electronic surveillance, managed confidential informants, interviewed victims, subjects, and witnesses who had personal knowledge of the methods and practices used to circumvent laws and regulations, and made arrests for such violations. Your affiant has been the affiant of numerous search warrants and has conducted and executed searches pursuant thereto.

3. Your affiant is familiar with the circumstances of the offenses described in this Affidavit through a combination of personal knowledge of the facts, discussion

with other law enforcement officials, and other investigative activities conducted throughout the investigation.

4. Your affiant respectfully makes this Affidavit in support of an application for the issuance of a criminal complaint and arrest warrant for **DANIEL W. PRIME** (hereinafter, "**PRIME**"), for violations of Title 18, United States Code, Section 115(a)(1)(B): influencing, impeding, or retaliating against a federal official. This Affidavit does not include all facts known to your affiant, but contains such facts reasonable and necessary to establish probable cause for the issuance of a criminal complaint and arrest warrant.

## LAW

5. Title 18, United States Code, Section 115(a)(1)(B) makes it a crime for anyone who "threatens to assault, kidnap, or murder . . . a Federal law enforcement officer . . . with intent to impede, intimidate, or interfere with such . . . law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such . . . law enforcement officer on account of the performance of official duties, shall be punished as provided in subsection (b)."

6. Title 18, United States Code, Section 115(c)(1) defines "Federal law enforcement officer" as: "any officer, agent, or employee of the United States authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of any violation of Federal criminal law." Special Agents with AFOSI are considered "Federal law enforcement officers."

## PROBABLE CAUSE

7. On or about July 16, 2020, Hunter Young, a special agent with AFOSI Detachment 812, interviewed **PRIME's** former girlfriend, Christy L. Stevenson, a civilian contractor who worked at the base, in connection to government equipment that had been recently been lost. During that interview, Stevenson stated that at some point in July 2020, she noticed several nude photos and videos of her toddler-aged daughter on **PRIME's** phone. Stevenson had the phone in her possession because **PRIME** had taken her phone. Stevenson voluntarily turned that phone over to AFOSI.

8. On or about July 22, 2020, **PRIME** was voluntarily interviewed at the AFOSI office by SA Young in reference to the missing government equipment issued to Stevenson. SA Young provided **PRIME** with his contact information at the conclusion of the interview.

9. On or about August 5, 2020, SA Young released the phone to Leslie Williams, a special agent with Homeland Security Investigations ("HSI"), due to AFOSI not having jurisdiction over the offense. Subsequently, **PRIME** was charged in relation to the child pornography found on the phone through the Louisiana Attorney General's Office and the Caddo Parish District Attorney's Office. **PRIME** was arrested on the state arrest warrant in December 2020 at the Shreveport Regional Airport.

10. On or about January 5, 2022, **PRIME** called SA Young's government-issued mobile phone and left a voicemail threatening to physically harm SA Young.

**PRIME's** number is 318-402-2964. The voicemail was approximately three minutes long and was transcribed as follows (emphasis added):

> This message is for Special Agent Young and by Special Agent I mean special education agent, traitor, fucking loser, fucking bitch ass punk Young, **this is Daniel Prime**. You remember me? We had that visit and you visited with Christy and lied to me and then passed on bullshit material and figured nobody would find out. I guess you didn't realize who you were fucking with.
>
> My name is Sgt. Daniel Prime M1A1 Abrams Tank Commander decorated combat veteran [unintelligible] and I tell you what I had no idea that one of your former Commanders friend of mine still had access to every single thing, every communication between you and that feminine fucking boy that was there with us. Man, I know everything you did man. You know a guy, you might know him, his name is Steven Wilson they call him "Seven" you know? And I know you know General Cole. Well, I've known him my whole fucking life, my dad too. My lawyer, the attorney general, we all having a meeting with your IG this week don't worry you will be invited I wouldn't go asking for a time if I were you I'd try to play this cool.
>
> You've got 48 hours to find Christy Stevenson and have her ass arrested for what she did or **I promise you I'm going to hang your ass**. Now I'll be real with you, I found out four days ago that some of my fucking five SFS buddies were going to take care of you and I put an end to it. I told my lawyer today, I asked him if it was okay if I tell you and he said it was up to me.
>
> My days of killing are done. But you fucking knew I never touched anything did any kiddie porn, your dumb fucking ass made a horrible decision and it's going to cost you your career. **But at least it's not going to cost you your life right?** At least I hope it doesn't.
>
> You need to make the right decision for once and you need to get after Christy. I don't know if you know where she is or if you don't find her, I will, it's not a big deal. My reach and my intelligence goes much further than yours does obviously since I was able to get into your office and record everything. You didn't know that I left that phone recording when I went to the bathroom and heard you and your buddy? You didn't think I was going to find out about Christy going to that fucking rehab when y'all came in and faked like you didn't know where she was?

This message is to let you know don't you ever fucking think you can out smart a fucking tank commander, do you understand me? You Air Force bitch. **I promise you, try to set me up again, that's your god damn life.**

11. On or about January 5, 2022, **PRIME** also sent a series of text messages to SA Young's cell phone. See Attachment A. In those text messages, **PRIME** alluded to violent acts he may have taken, namely, the fact that he "broke the rules of engagement a million times pulling my blood in 92 on a headmaster's fucking skull." **PRIME** also stated, "I don't know how you're going to come out of this unless you pull off something When I say you could not be more fucked you could literally not be more fucked."

## CONCLUSION

Based upon the facts set forth in this Affidavit, your affiant respectfully asserts that probable cause exists that **PRIME** has violated Title 18, United States Code, Section 115(a)(1)(B): influencing, impeding, or retaliating against a federal official, and respectfully requests that this Honorable Court issue a complaint and arrest warrant for **PRIME**.

_____
CHRISTINA WILLIAMS
Special Agent, AFOSI

Subscribed and sworn to before me on this 7th day of January, in Shreveport, Louisiana, and I find probable cause for the issuance of a complaint and arrest warrant.

_____
HON. MARK L. HORNSBY
United States Magistrate Judge

**Williams Affidavit - Page 5 of 5**